**U.S. Patent**     Nov. 16, 1999     Sheet 1 of 4     **Des. 416,646**



**FIGURE 1**



**FIGURE 2**

**U.S. Patent**    Nov. 16, 1999    Sheet 2 of 4    **Des. 416,646**



## FIGURE 3



## FIGURE 4

**U.S. Patent**     Nov. 16, 1999     Sheet 3 of 4     **Des. 416,646**



# FIGURE 5



# FIGURE 6

**U.S. Patent**          Nov. 16, 1999          Sheet 4 of 4          **Des. 416,646**



**FIGURE 7**



**FIGURE 8**

3

RECYCLED



US00D414899S

# United States Patent [19]

## Pinchuk

[11] **Patent Number:** **Des. 414,899**

[45] **Date of Patent:** ** **Oct. 5, 1999**

[54] **HANDLE FOR SHAVING APPARATUS**

[75] Inventor: **Rene C. Pinchuk**, Kensington, Calif.

[73] Assignee: **Sharper Image Corporation**, San Francisco, Calif.

[**] Term: **14 Years**

[21] Appl. No.: **29/094,126**

[22] Filed: **Sep. 25, 1998**

[51] LOC (6) Cl. .................................................. **28-03**

[52] U.S. Cl. ................................................. **D28/48**

[58] Field of Search ............................ D28/44–49; 30/32, 30/34.05, 34.2, 41, 41.5, 47–51, 42, 43, 44, 45, 526, 527, 530–533

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 254,692 | 4/1980 | Del Re | D28/46 |
| D. 255,387 | 6/1980 | Glaberson | D28/48 |
| D. 259,743 | 6/1981 | Hollinger | D28/46 |
| D. 293,036 | 12/1987 | Iten et al. | D28/48 |
| D. 295,795 | 5/1988 | Demars | D28/46 |
| D. 306,216 | 2/1990 | Gray | D28/45 |
| D. 311,971 | 11/1990 | Faerber | D28/46 |
| D. 325,689 | 4/1992 | Gray | D28/48 |
| D. 363,141 | 10/1995 | Burout et al. | D28/46 |
| D. 365,419 | 12/1995 | Kamiya | D28/48 |
| 3,609,862 | 10/1971 | Ernstberger | 30/539 |

| | | | |
|---|---|---|---|
| 4,914,816 | 4/1990 | Fenn et al. | 30/45 |
| 4,996,772 | 3/1991 | Iten | 30/41 |
| 5,526,568 | 6/1996 | Copelan | 30/531 |

### OTHER PUBLICATIONS

Hong Kong Enterprise Oct. 1997, p. 495: item No. HP–012 indicated by arrow.

*Primary Examiner*—Ted Shooman
*Assistant Examiner*—C Tuttle
*Attorney, Agent, or Firm*—Flehr Hohbach Test Albritton & Herbert LLP

[57] **CLAIM**

The ornamental design for a handle for shaving apparatus, as shown and described.

**DESCRIPTION**

FIG. 1 is a top and rear perspective view of a handle for shaving apparatus showing my new design;
FIG. 2 is a bottom and rear perspective view thereof;
FIG. 3 is an inverted right side view thereof;
FIG. 4 is an inverted left side view thereof;
FIG. 5 is a front view thereof;
FIG. 6 is a rear view thereof;
FIG. 7 is a top plan view thereof; and,
FIG. 8 is a bottom plan view thereof.
The broken line showing of the razor head is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**          Oct. 5, 1999          Sheet 1 of 4          **Des. 414,899**



**FIGURE 1**

**FIGURE 2**

**U.S. Patent**        Oct. 5, 1999        Sheet 2 of 4        **Des. 414,899**



**FIGURE 3**



**FIGURE 4**

U.S. Patent          Oct. 5, 1999          Sheet 3 of 4          Des. 414,899



## FIGURE 5



## FIGURE 6

**U.S. Patent**      Oct. 5, 1999      Sheet 4 of 4      **Des. 414,899**



**FIGURE 7**



**FIGURE 8**

4

RECYCLED



US00D437661S

(12) **United States Design Patent**          (10) **Patent No.:**          **US D437,661 S**
    Pinchuk                                   (45) **Date of Patent:**     ** **Feb. 13, 2001**

(54) **VIBRATING HANDLE FOR SHAVING RAZOR**

(75) Inventor: **Rene C. Pinchuk**, Kensington, CA (US)

(73) Assignee: **Sharper Image Corporation**, San Francisco, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/113,407**

(22) Filed: **Nov. 4, 1999**

(51) LOC (7) Cl. .......................................... **28-03**
(52) U.S. Cl. .............................................. **D28/48**
(58) Field of Search ........................... D28/44–48; 30/32, 30/34.05, 44, 45, 47–51, 526–534

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D. 311,971 | * | 11/1990 | Faerber | D28/46 |
| D. 404,526 | * | 1/1999 | Motta | D28/48 |
| D. 414,298 | * | 9/1999 | Pennella et al. | D28/48 |
| D. 414,898 | * | 10/1999 | Grange | D28/48 |
| D. 414,899 | * | 10/1999 | Pinchuk | D28/48 |
| 1,059,648 | * | 4/1913 | Tuttle | 30/44 |

| | | | | |
|---|---|---|---|---|
| 5,007,169 | * | 4/1991 | Motta | 30/45 |
| 5,855,066 | * | 1/1999 | Manger | 30/41 |

* cited by examiner



*Primary Examiner*—Ted Shooman
*Assistant Examiner*—C Tuttle
(74) *Attorney, Agent, or Firm*—Flehr Hohbach Test Albritton & Herbert LLP

(57)                        **CLAIM**

The ornamental design for a vibrating handle for shaving razor, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of a vibrating handle for shaving razor showing my new design;
FIG. 2 is a rear perspective view thereof;
FIG. 3 is a right side elevation view thereof;
FIG. 4 is a left side elevation view thereof;
FIG. 5 is a rear elevation view thereof;
FIG. 6 is a front view thereof;
FIG. 7 is a top plan view thereof; and,
FIG. 8 is a bottom plan view thereof.
The broken line showing of the razor head is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**





U.S. Patent    Feb. 13, 2001    Sheet 1 of 4    US D437,661 S



FIG. 2



FIG. 1



FIG. 4



FIG. 3

**U.S. Patent**    Feb. 13, 2001    Sheet 3 of 4    US D437,661 S



FIG. 6



FIG. 5



**FIG. 8**



**FIG. 7**