IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE GILLETTE COMPANY,

Plaintiff,

v.

SHARPER IMAGE CORPORATION

Defendant.

CIVIL NO. 04-cv-10898 (REK)

**PLAINTIFF THE GILLETTE COMPANY'S CORPORATE
DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3, plaintiff The Gillette Company hereby discloses that

The Gillette Company is a public company, the shares of which are traded on the New

York Stock Exchange under the ticker symbol "G." The Gillette Company does not have

any parent corporations and no publicly held company owns ten percent or more of The

Gillette Company's stock.

THE GILLETTE COMPANY

By its attorneys,

/s/ Levina Wong
William L. Patton (BBO #391640)
Jane E. Willis (BBO #568024)
Dalila Argaez Wendlandt (BBO #639280)
Levina Wong (BBO #654510)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

Of Counsel:

John E. Nathan
Lewis R. Clayton
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

Attorneys for Plaintiff

Dated: May 17, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2004, I served a copy of Plaintiff's Corporate Disclosure Statement, by hand, upon CT Corporation System, 101 Federal St., Boston, MA 02110, defendant's registered Resident Agent.

_/s/ Levina Wong_____
Levina Wong