# ROPES & GRAY

ROPES & GRAY LLP
ONE INTERNATIONAL PLACE   BOSTON, MA 02110-2624   617-951-7000   F 617-951-7050
BOSTON   NEW YORK   SAN FRANCISCO   WASHINGTON, DC

FILED
IN CLERKS OFFICE
2004 JUN 15 P 4: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 15, 2004

Levina Wong
(617) 951-7903
lwong@ropesgray.com

**BY HAND**

Office of the Clerk
United States District Court
  for the District of Massachusetts
One Courthouse Way – Suite 2300
Boston, MA 02110

    Re:   *The Gillette Company v. Sharper Image Corporation,*
            Civil Action No. 04-04-10898 REK

Dear Sir/Madam:

Enclosed herewith for filing with regard to the above-referenced matter, please find one original Affidavit of Service that was served upon CT Corporation, 101 Federal Street, Boston, MA 02110, who accepted service on behalf of Sharper Image Corporation.

Please date-stamp the enclosed copy of this letter and return it to the messenger. Thank you for your assistance with this matter. If you have any questions please do not hesitate to call me.

Sincerely,

*[signature]*

Levina Wong

Enclosures

FILED
IN CLERKS OFFICE

2004 JUN 15  P 4: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

# Affidavit of Service

On May 6, 2004, Lindsay P. Parker of the offices of Beacon Hill Research, Inc. served a Subpoena upon Yvette Concepcion of CT Corporation, accepting service on behalf of The Sharper Image at 101 Federal Street, Boston, MA.

I swear under penalty of perjury that the above statement is true.

James J. Murray
Vice President
Beacon Hill Research, Inc.

Subscribed and sworn to before me Brian Keith Wheeler
This 11th day of June, 2004.

Notary Public

BRIAN KEITH WHEELER, Notary Public
My Commission Expires June 5, 2009