IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHARPER IMAGE CORPORATION,<br><br>Defendant. | Civil Action No. 04-10898 REK |

## FINAL ORDER OF DISMISSAL ON STIPULATION

The parties having composed their differences, the complaint in this action is hereby dismissed with prejudice, with each party bearing its own attorneys' fees, costs and expenses.

Dated July 8, 2004

_____
John E. Nathan
Lewis R. Clayton
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Attorneys for Plaintiff,
THE GILLETTE COMPANY

Dated July 6, 2004

_____
Amy G. O'Toole
BELL, BOYD & LLOYD LLC
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
(312) 372-1121

Attorneys for Defendant,
SHARPER IMAGE CORPORATION

609020/D/1 Doc #:NY6:759369.1

SO ORDERED:

Dated: July __, 2004

_____
United States District Judge